UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Mark M. Draper,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 23 CV 7080 |
| ) | |
| ) | |
| **McDonald Restaurants, Inc** ) | |
| ) | |
| **Defendant.** ) | **JURY DEMAND** |

COMPLAINT
AS AND FOR A FIRST CAUSE OF ACTION
DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT)

Now comes Plaintiff, **Mark M. Draper, (Plaintiff")**, by and through his attorney, Michael T. Smith & Associates, brings forth this action against **McDonald Restaurants, Inc, ("Defendant")** based on the facts set below:

NATURE OF ACTION

1. This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1990, to correct unlawful employment practices on the basis of disability (handicap) and to make whole PLAINTIFF. Defendant, NICOR discriminated against PLAINTIFF, a qualified individual with a handicap, because of his disability, a medical condition.

JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C.A. & & 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the

Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.A. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.A. § § 2000e-5 (f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C.A. § 1981(A) . The employment practices hereafter alleged to be unlawful were being committed in the Northern District of Illinois, Eastern Division.

3.  At all times material herein and hereinafter mentioned PLAINTIFF Corporation has engaged in and employed its employees in commerce and services for commerce between points in many states. DEFENDANT was, and is, and has been, at all times material herein, engaged in commerce within the meaning of the ADA.

4.  DEFENDANT Corporation is an employer within the meaning of the ADA.

## STATEMENT OF CLAIMS

5. Despite DEFENDANT listing itself as an equal employment company and having a policy against discrimination to the disabled, DEFENDANT intentionally discriminated against PLAINTIFF by subjecting PLAINTIFF to different terms and conditions of employment, on or about August 19, 2022 to the present, while meeting the minimum standards of his employer, DEFENDANT willfully discriminated against DEFENDANT because of his handicap.

6. This discrimination, because of his handicap and/or disability, violates his rights under the American Disability Act, by treating her differently in terms and condition of employment and denying a reasonable accommodation than other co-workers, not in her protected class and by holding PLAINTIFF to a higher standard of performance and then interfering with DEFENDANT's performance and work environment and subjecting him

to being denied being given an accommodation and terminated on 12/15/2022..

7. DEFENDANT's acts and omissions violate applicable provisions of the American Disability Act.

8. The retaliatory action of DEFENDANT as set forth above has caused PLAINTIFF to be harmed in that PLAINTIFF has suffered emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. As a result of such discrimination and consequent harm, PLAINTIFF has suffered such damages in an amount according to proof.

9. PLAINTIFF has no adequate remedy at law to secure relief. If this court does not enter an order for the DEFENDANT to reinstate him and join the wrongful treatment suffered by PLAINTIFF will be irreparably injured.

10. PLAINTIFF filed a discrimination charge against DEFENDANT with the Equal Employment Opportunity Commission (EEOC). That charge was timely filed, under the Title VII of the Civil Rights Act of 1964, 42 U.S.C. A. § 2000e-5(e). (See Exhibit "A")

11. On June 6, 2023, PLAINTIFF was sent a notice from the EEOC of her right to bring this action (see Exhibit "B"), and PLAINTIFF timely filed this action.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Injunctive relief including reinstatement his work arrangements and all lost wages;

2. Compensatory Damages, according to the proofs;

3. Statutory liquidated damages due to the defendant's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.

MARK M. DRAPER

By: <u>Michael T. Smith</u>
     Michael T. Smith

Michael T. Smith
6180407IL
10 N. Martingale Road
Suite 400
Schaumburg, Illinois 60173
(847) 466-1099